1.

C07-1623

Circuit Court for _Calvert County, Prince Frederick MD_
City or County

## CIVIL-NON-DOMESTIC CASE INFORMATION REPORT

**Directions:**
    Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
    Defendant: You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

| | | |
|---|---|---|
| FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT | CASE NUMBER: | (Click to insert) |
| CASE NAME: _Arnold_ v _White_ | | |
| JURY DEMAND: ☒ Yes ☐ No | Anticipated length of trial: 3 hours or ___ days | |
| RELATED CASE PENDING? ☒ Yes ☐ No | If yes, Case #(s), if known: | |

Special Requirements? ☐ Interpreter/communication impairment    Which language _____
(Attach Form 1-332 if Accommodation or Interpreter Needed)    Which dialect _____
    ☐ ADA accommodation: _N/A_

### NATURE OF ACTION (CHECK ONE BOX)

| TORTS | LABOR | A. TORTS |
|---|---|---|
| ☐ Motor Tort | ☐ Workers' Comp. | **Actual Damages** |
| ☐ Premises Liability | ☐ Wrongful Discharge | ☐ Under $7,500    ☐ Medical Bills |
| ☐ Assault & Battery | ☐ EEO | ☒ $7,500 - $50,000   $_____ |
| ☐ Product Liability | ☐ Other _____ | ☒ $50,000 - $100,000 ☐ Property Damages |
| ☐ Professional Malpractice | **CONTRACTS** | ☐ Over $100,000    $_____ |
| ☐ Wrongful Death | ☐ Insurance | ☒ Wage Loss |
| ☐ Business & Commercial | ☐ Confessed Judgment | $_____ |
| ☐ Libel & Slander | ☒ Other _Mortgage_ | |
| ☐ False Arrest/Imprisonment | **REAL PROPERTY** | |
| ☐ Nuisance | ☐ Judicial Sale | **B. CONTRACTS**    **C. NONMONETARY** |
| ☐ Toxic Torts | ☐ Condemnation | |
| ☐ Fraud | ☐ Landlord Tenant | ☐ Under $10,000    ☐ Declaratory Judgment |
| ☐ Malicious Prosecution | ☐ Other _____ | ☐ $10,000 - $20,000 ☐ Injunction |
| ☐ Lead Paint | **OTHER** | ☒ Over $20,000    ☐ Other _____ |
| ☐ Asbestos | ☐ Civil Rights | |
| ☒ Other _Consumer Collection_ | ☐ Environmental | |
| | ☐ ADA | |
| | ☐ Other _____ | |

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
  A. Mediation    ☐ Yes ☐ No      C. Settlement Conference ☐ Yes ☐ No
  B. Arbitration    ☐ Yes ☐ No      D. Neutral Evaluation     ☐ Yes ☐ No

### TRACK REQUEST

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**. **THIS CASE WILL THEN BE TRACKED ACCORDINGLY.**
  ☒ ½ day of trial or less     ☐ 3 days of trial time
  ☐ 1 day of trial time        ☐ More than 3 days of trial time
  ☐ 2 days of trial time

2007 NOV 26  P 3: 48

**PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY.**

Date _Nov. 26, 2007_    Signature _Natalie Arnold_

Effective January 1, 2003          Page 1 of 2