**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

KATHLEEN ARNOLD,

               Plaintiff,

      v.

SAMUEL I. WHITE, P.C.,

               Defendant.

Civil Action No.: 8:08-CV-00038 (RWT)

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR,
IN THE ALTERNATIVE, MOTION TO CONSOLIDATE CASES**

      Defendant Samuel I. White, P.C, through undersigned counsel, respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint or, in the alternative, for an order consolidating this case with the matter entitled Arnold, _et al._ v. CitiMortgage, Inc., _et al._, Civil Action No. 8:07-cv-02722-RWT.  As support for its motion, defendant incorporates herein by reference the attached Memorandum of Points and Authorities.

               Respectfully submitted,

               WEINER BRODSKY SIDMAN KIDER PC

By:    /s/ David M. Souders
       David M. Souders (Bar No. 15102)
       Bruce E. Alexander (Bar No. 0287)
       Sandra B. Vipond (Bar No. 15761)
       1300 Nineteenth Street, NW, Fifth Floor
       Washington, DC  20036
       (202) 628-2000 (telephone)
       (202) 628-2011 (facsimile)

       Attorneys for Defendant Samuel I. White, P.C.

Dated:  January 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of January, 2008, a copy of the foregoing Motion to

Dismiss was served upon the following *pro se* plaintiff via first class mail, postage prepaid:

Kathleen Arnold
9543 North Side Drive
Owings, MD 20736

By:     /s/ David M. Souders
        David M. Souders (Bar No. 15102)

F:\96063\041\Motion to Dismiss.doc