IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHLEEN ARNOLD and TIMOTHY COTTEN, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Case No. **RWT 07-2617** |
| CITIMORTGAGE, INC., et al. | * * | |
| Defendants. | * | |

| | | |
|---|---|---|
| KATHLEEN ARNOLD and TIMOTHY COTTEN, | * * * | |
| Plaintiffs, | * * * | |
| v. | * * | Civil Case No. **RWT 07-2722** |
| CITIMORTGAGE, INC., et al. | * * | |
| Defendants. | * | |

| | | |
|---|---|---|
| KATHLEEN ARNOLD | * * | |
| Plaintiff, | * * * | |
| v. | * * | Civil Case No. **RWT 07-3412** |
| CITIMORTGAGE, INC., et al., | * * | |
| Defendants. | * | |

| | | |
|---|---|---|
| KATHLEEN ARNOLD | * * | |
| Plaintiff, | * * * | |
| v. | * * | Civil Case No. **RWT 08-0038** |
| SAMUEL I. WHITE, P.C., | * * | |
| Defendant. | * | |

| | |
|---|---|
| KATHLEEN ARNOLD | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Case No. **RWT 08-2197** |
| | * |
| SAMUEL I. WHITE, P.C., | * |
| | * |
| Defendant. | * |

# ORDER

Upon consideration of the Complaints in the above-captioned cases, the Court on its own motion concluding for reasons set forth in the accompanying Memorandum Opinion that they have been filed in violation of F.R.C.P. 8(a) and that the cases should be consolidated, it is, this 11th day of September, 2008, by the United States District Court for the District of Maryland,

**ORDERED**, that the above cases are hereby **CONSOLIDATED**, and all future pleadings by any party shall be filed in Civil Case No. RWT 07-2617, and not in any other case; and it is further

**ORDERED**, that the Court, on its own motion, **STRIKES** the Complaints in Civil Case No. RWT 07-2617 [Paper No. 2]; Civil Case No. RWT 07-2722 [Paper No. 2]; Civil Case No. RWT 07-3412 [Paper No. 2]; Civil Case No. RWT 08-0038 [Paper No. 2], and Civil Case No. RWT 08-2197 [Paper No. 2]; and it is further

**ORDERED,** that the Plaintiffs are granted leave to file an Amended Complaint, not exceeding thirty (30) pages in length, on or before October 13, 2008; and it is further

**ORDERED,** that the Plaintiffs are relieved from the requirement of complying with Local Rule 103.6.c; and it is further

**ORDERED**, that Defendants' Motion to Dismiss Plaintiffs' Complaint [Paper No. 9 in Civil Case No. RWT 07-2617] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiffs' Motion entitled "Re: Calvert County Circuit Court Case No. 07-1179C, Motion to Dismiss and Deny Removal of Above Captioned Case and Demand for Hearing

2

on Defendants Legal Right to Have the Case Removed Against the Plaintiffs Legal Right to Bring This Case in Their Circuit Courts of Calvert County Maryland and Said Right to Remove This Case to the Federal, United States District Courts for the District of Maryland, Southern Division, Located at 6500 Cherry Wood Lane, Suite #240, Greenbelt, MD 20772" [Paper No. 10 in Civil Case No. RWT 07-2617] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' "Counter Opposition Brief with Motion for Hearing Seeking Dispositional Ruling on Supplemental Jurisdiction Determination These Courts Intend to Exercise with Demand for Order of Remand to Federal and State Courts All Claims" [Paper No. 12 in Civil Case No. RWT 07-2617] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' "Amended for Demand for Order of Remand to Federal and State Court Claims" [Paper No. 13 in Civil Case No. RWT 07-2617] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion entitled "Plaintiff Motions the Following: Transfer/Remand, Request for Discovery and Request for Consideration in Favor of Defendant Sanctions Pursuant to Fed. R. Civ. P. 11(b)(1)" [Paper No. 15 in Civil Case No. RWT 07-2617] is **DENIED**; and it is further

**ORDERED**, that the Motion to Dismiss filed by Defendant, Stewart Title Group, LLC [Paper No. 18 in Civil Case No. RWT 07-2722] is **DENIED AS MOOT**; and it is further

**ORDERED**, that the Motion for More Definite Statement filed by Defendant, Wells Fargo Home Mortgage Incorporated [Paper No. 19 in Civil Case No. RWT 07-2722] is**DENIED AS MOOT**; and it is further

**ORDERED**, that Defendants Aurora Loan Services LLC, CitiMortgage, Inc., Lehman Brothers Bank, F.S.B., Mortgage Electronic Registration Systems, Inc., Randa S. Azzam, Robert Fraizer, and Daniel J. Pesachowitz's Motion to Dismiss the Complaint or, in the Alternative, for More Definite Statement [Paper No. 21 in Civil Case No. RWT 07-2722] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Defendants Aurora Loan Services LLC, CitiMortgage, Inc., Lehman Brothers Bank, F.S.B., Mortgage Electronic Registration Systems, Inc., Randa S. Azzam, Robert Fraizer, and Daniel J. Pesachowitz's Motion to Modify Local Civil Rule 103.5(a) Requirements [Paper No. 28 in Civil Case No. RWT 07-2722] is **DENIED AS MOOT**; and it is further

**ORDERED**, that the Motion to Dismiss Complaint filed by Defendant, Martin C. Dennis, [Paper No. 31 in Civil Case No. RWT 07-2722] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiffs' "Motion for Waiver of Process" [Paper No. 35 in Civil Case No. RWT 07-2722] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' "Proof of Service Against Defendant Congressional Funding USA, LLC, and Request to Reissue/Amend Defendant Martin Dennis Summons for Publication or Other Service of Process, or, in the Alternative, Order Permissive Joinder of Parties, or Order Separate Trial of Defendant Martin Dennis Matters" [Paper No. 36 in Civil Case No. RWT 07-2722] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' "Motion to Compel Courts for Hearing on Request for Order of Transfer or Remand" [Paper No. 37 in Civil Case No. RWT 07-2722] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion entitled "Plaintiff Motions the Following: Transfer/Remand, Request for Discovery and Request for Consideration in Favor of Defendant Sanctions Pursuant to Fed. R. Civ. P. 11 (b)(1)" [Paper No. 38 in Civil Case No. RWT 07-2722] is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion entitled "Plaintiff Motions Service of Process be Perfected by U.S. Marshall Against Defendant Martin Dennis Pursuant to Fed. Rule 4(c)(3)" [Paper No. 39 in Civil Case No. RWT 07-2722] is **DENIED**; and it is further

**ORDERED**, that Plaintiff's "Responsive Pleading to Removal of Accounting and Cross Motion for Order of Remand Back to Circuit Courts of Calvert County" [Paper No. 9 in Civil Case No. RWT 07-3412] is **DENIED**; and it is further

**ORDERED**, that Defendants CitiMortgage, Inc., Aurora Loan Services LLC, Lehman Brothers Bank, F.S.B., and Samuel I. White's Motion to Dismiss the Complaint or, in the Alternative, Motion to Consolidate Cases [Paper No. 14 in Civil Case No. RWT 07-3412] is **DENIED AS MOOT**; and it is further

**ORDERED**, that the Motion to Dismiss Complaint or, in the Alternative, to Consolidate Cases filed by Defendant, Wells Fargo Home Mortgage, Inc., [Paper No. 18 in Civil Case No. RWT 07-3412] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiffs' Motion entitled "Plaintiff Motions the Following: Transfer/Remand, Request for Discovery, Consolidate This Case With Case 8:07CV02617-RWT and Request for Consideration in Favor of Defendant Sanctions Pursuant to Fed. R. Civ. P. 11 (b)(1)" [Paper No. 22 in Civil Case No. RWT 07-3412] is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Consolidate Cases [Paper No. 6 in Civil Case No. RWT 08-0038] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiffs' Motion entitled "Plaintiff Motions the Following: Transfer/Remand, Request for Discovery, Consolidate This Case With Case 8:07CV02617-RWT and Request for Consideration in Favor of Defendant Sanctions Pursuant to Fed. R. Civ. P. 11 (b)(1)" [Paper No. 8 in Civil Case No. RWT 08-0038] is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion to Dismiss the Complaint or, in the Alternative, Motion to Consolidate Cases [Paper No. 8 in Civil Case No. RWT 08-2197] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiff's "Notice of Objection to Time Bared [sic] Removal & Demand for Remand or, in the Alternative, Leave to Appeal Void Standing Order of Removal and, Objection to Defendants Motion to Dismiss or, in the Alternative Consolidate Cases and Plaintiff Demand for Trial by Jury" [Paper No. 10 in Civil Case No. RWT 08-2197] is **DENIED**.

                         _____
                         ROGER W. TITUS
                         UNITED STATES DISTRICT JUDGE